JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COUTINHO & FERROSTAAL INCORPORATED, a Delaware Corp.,<br><br>Plaintiff,<br>vs.<br><br>NEXCOIL INC., a California Corporation, FREDERICK MORRISON, JR., an individual, JERRY STONE, an individual, DAVID CATTERLIN, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:11-cv-6811-CAS(RZx)<br><br>Honorable Christina A. Snyder<br><br>**ORDER ON JOINT STIPULATION TO HAVE THE CASE DISMISSED** |

GOOD CAUSE appearing based upon the Stipulation by and between Plaintiff COUTINHO & FERROSTAAL INCORPORATED (hereinafter "CFI" or "Plaintiff") and Defendants NEXCOIL INC., FREDERICK MORRISON, JR., JERRY STONE and DAVID CATTERLIN (hereinafter collectively "Defendants") dated February 27, 2012;

1    IT IS HEREBY ORDERED THAT the case be dismissed with prejudice and
2 all dates vacated.
3
4 Dated:  February 28, 2012                  _____
5                                                                    Honorable Christina A. Snyder
                                                                          United States District Judge